IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.        Criminal Case No. 11-50034

JOSE GUADALUPE SANDOVAL-RODRIGUEZ                           DEFENDANT

O R D E R

Now on this 19th day of May, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #19) and **Waiver Of Objections To Report And Recommendation** (document #20), and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted.  Accordingly, the Court accepts defendant's plea of guilty to the one-count Indictment, and tentatively approves the written Plea Agreement, subject to final approval at sentencing.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE